Dr. Orly Taitz ESQ

29839 Santa Margarita, ste 100

Rancho Santa Margarita, Ca 92688

ph.949-6883-5411 fax 949-766-7603

orly.taitz@gmail.com

Counsel for Defend Our freedoms Foundation

IN THE NINTH CIRCUIT COURT OF APPEALS

DEFEND OUR FREEDOMS FOUNDATION,

APPELLANT

v

LISA LIBERI, PHILIP BERG, LISA OSTELLA, LAW OFFICES OF PHILIP BERG, GOEXCELLGLOBAL,

APPELLEES

Case #13-56250

**URGENT MOTION FOR DECLARATORY AND INJUNCTIVE RELIEF SEEKING A RULING THAT PHILIP BERG, WHOSE LAW LICENSE WAS SUSPENDED FOR TWO YEARS IN JUNE OF 2013, CANNOT REPRESENT LAW OFFICES OF PHILIP BERG.**

**MOTION FOR DECLARATORY RELIEF REGARDING REPRESENTATION OF LISA LIBERI, LISA OSTELLA AND GOEXCELGLOBAL**

I. MOTION FOR DECLARATORY AND INJUNCTIVE RELIEF SEEKING A RULING THAT PHILIP BERG, WHOSE LAW LICENSE WAS SUSPENDED FOR TWO YEARS IN JUNE OF 2013, CANNOT REPRESENT LAW OFFICES OF PHILIP BERG.

On 6.19.2013 Law license of Philip Berg was suspended for two years. See exhibit 1, ruling of the Supreme Court of Pennsylvania.

After suspension of his law license Philip Berg can represent only himself, Philip Berg, as a pro se appellee. He cannot represent any other party and any other entity, including "Law Offices of Philip Berg".

"(it) has been the law for the better part of two centuries ... that a corporation may appear in the federal courts only through licensed counsel" and that "the rationale for that rule applies equally to all artificial entities." *Rowland v. California Men's Colony, Unit 11 Men's Advisory Council,* 506 U.S. 194, 201 (1993).

On 07.24.2013 Philip Berg filed with this court a mediation questionnaire on behalf of Law Offices of Philip Berg, see below.

07/24/2013  5  Filed (ECF) Appellees Philip J. Berg and The Law Offices of Philip J. Berg Mediation Questionnaire. Date of service: 07/24/2013. [8716982] (PJB)

Such representation constitutes an unlicensed practice of law, and if allowed by the Ninth Circuit, would make the Ninth circuit complicit in allowing an unlicensed practice of law.

as such the Ninth Circuit has to issue a Declaratory and Injunctive relief stating that:

1. Philip Berg cannot represent Law Offices of Philip Berg on suspended law license

2. Philip Berg has to hire a licensed California attorney to represent Law Offices of Philip Berg or the appeal will be granted in favor of the appellant Orly Taitz and DOFF as uncontested appeal.

## II.  REQUEST FOR CLARIFICATION AND DECLARATORY RELIEF REGARDING REPRESENTATION OF LISA OSTELLA, LISA LIBERI  AND GOEXCELLGLOBAL.

1. Philip Berg represented all of the plaintiffs in the District court.

2. Law license of Philip Berg was suspended on 06.19.2013.

3. Upon suspension of Berg's law licensed, based on the LR 83-2.3. and the LR 83-2.3.3 of the Central District of California, Philip Berg  was supposed to file a Motion to Withdraw as counsel due to suspension of his law license and a proper substitution of attorney had to be signed by all the parties, Philip Berg and the substituting attorney. LR 83-2.3.2. MOTION FOR WITHDRAWAL.  An attorney may not withdraw as a counsel except by leave of court.  An application for leave to withdraw must be made upon written notice given reasonably in advance to the client and to all other parties who have appeared in the action. LR83-2.3.3 INDIVIDUALS.  **WHEN AN ATTORNEY OF RECORD FOR ANY REASON CEASES TO ACT FOR A PARTY, SUCH PARTY MUST APPEAR PRO SE OR APPOINT AN ATTORNEY BY WRITTEN SUBSTITUTION OF ATTORNEY SIGNED BY THE PARTY AND THE ATTORNEYS.**


4. **Motion to withdraw was never filed by Berg and he is still listed in the lower court as the lead attorney for all the plaintiffs, even though his law license was suspended for two years.**

5. No substitution of attorney from Philip Berg, as an attorney for the Plaintiffs by another attorney was ever filed in the lower court.

6. **Lisa Liberi, Lisa Ostella and GoExcelGlobal never signed any substitution of attorney from Philip Berg, as an attorney representing them, by another attorney.**

7. There is no evidence in either District Court or this court that Appellees Lisa Liberi, Lisa Ostella and GoExcelglobal even know that Philip Berg's law license was suspended, that they are being represented by another attorney, that pleadings are being submitted on their behalf by an another attorney, and that they are

liable for attorneys fees and costs of the Appellants, if they lose this appeal. If the court allows representation of Liberi, Ostella and GoExcelGlobal without such clarification, this court will be depriving both sides of this litigation of their due process rights.  Furthermore, this court and the District court can be liable together with attorneys Stephen Marcus and Randy Berg for **legal  malpractice in allowing representation without the clients ever signing any substitution of attorney and without the court having any evidence that the clients are aware of such representation.**

8.There is no evidence that GoExcelglobal even exists as a separate entity.

9. Due to the fact that the Substitution of Attorney was never signed by the Appellees, appellants are seeking declaratory and injunctive relief, ordering Appellees to provide this court with a proper substitution of attorney signed by the withdrawing attorney Philip Berg, substituting attorney and clients-Appellees Lisa Liberi, Lisa Ostella and GoexcelGlobal, which shows that the clients know that their former attorney's Philip Berg's license was suspended and he is substituted by the new attorney. In the absence of signed substitution, Appellees should be listed as pro se Appellees and they should list their contact information.

10. Order GoExcelGlobal to present to this court a verification that it even exists as an entity, so that this court does not waste judicial resources dealing with a non-existent company. Further, this motion should be ruled upon expeditiously before the parties and the court invest significant resources into this appellant litigation.

/s/ Orly Taitz

Counsel for DOFF


Certificate of service

I, Orly Taitz, attest that the following parties were served on 08.06.2013 with the attached Motion for Declaratory and Injunctive Relief

Randy Alan Berg, Attorney
Gittler & Bradford
3rd Floor
10537 Santa Monica Blvd.
Los Angeles, CA 90025

Stephen Howard Marcus, Attorney
Gittler & Bradford
3rd Floor
10537 Santa Monica Blvd.
Los Angeles, CA 90025

PHILIP J. BERG, pro se Appellee
Pjilip Berg
555 Andorra Glen Court, ste 12
Lafaette Hill, PA 19444-2531