STEPHEN H. MARCUS, ESQ. [CSBN 48294]
RANDY A. BERG, ESQ. [CSBN 128445]
GITTLER & BRADFORD
10537 Santa Monica Blvd., Third Floor
Los Angeles, CA 90025
Telephone  (310) 474-4007
e-mail: smarcus@gblaw.net
Attorneys for Plaintiffs/Respondents
LISA LIBERI, LISA M. OSTELLA, and GOEXCEL GLOBAL,

IN THE NINTH CIRCUIT COURT OF APPEALS

Case No. 13-56250

DEFEND OUR FREEDOMS FOUNDATION

Appellant/Defendant

v.

LISA LIBERI, PHILIP BERG, LISA OSTELLA, LAW OFFICES OF PHILIP BERG, GOEXCEL GLOBAL

Respondents/Plaintiffs

**OPPOSITION TO "MOTION FOR DECLARATORY RELIEF REGARDING REPRESENTATION OF LISA LIBERI, LISA OSTELLA, AND GOEXCEL GLOBAL**

Respondents/Plaintiffs Lisa Liberi, Lisa Ostella, and GoExcel Global respectfully submit this Opposition to the "Motion for Declaratory Relief Regarding Representation of Lisa Liberi, Lisa Ostella, and GoExcel Global" filed by Appellant/Defendant Defend our Freedoms Foundation ("DOFF").

1.  DOFF has improperly filed its Motion as an "Urgent Motion", although there is no certification that relief is needed by a specific date or event within 21 days to avoid irreparable harm, as required by Circuit Rule 27-3(b).

2.  DOFF has not complied with Circuit Rule 27-3(b)(4), which requires:

> "**(4)** if the relief sought in the motion was available in the district court, Bankruptcy Appellate Panel or agency, the motion shall state whether all grounds advanced in support thereof in this Court were submitted to the district court, panel or agency, and if not, why the motion should not be remanded or denied."

3.  In fact, DOFF and co-defendant Orly Taitz (who is also counsel for DOFF) raised this very issue concerning the representation of Lisa Liberi, Lisa Ostella, and GoExcel Global in the District Court, and its request for relief was denied. The Hon. Andrew Guilford's Minute Order of July 12, 2013 [District Court Docket No. 641, Exhibit A hereto] establishes that the representation of the said Plaintiffs/Respondents was established in the District Court. District Court Docket Nos. 633 and 644 (referred to in Judge Guilford's Minute Order) are attached hereto as Exhibit B. [Messrs. Marcus and Berg have since withdrawn as

counsel for Philip Berg.

4. The "Law offices of Philip Berg" is not a separate entity, but a fictitious business name of Philip Berg, and is represented by Philip Berg, *in pro per*.

5. The nature of the entity of Go Excel Global is not an issue before this Court or an issue raised in the Appellant's appeal. Rather, if Appellant believes this is a valid issue (as opposed to an attempt to harass the Respondents), it should be raised at the appropriate time by appropriate motion in the District Court.

Respectfully submitted,

STEPHEN H. MARCUS, ESQ.
RANDY A. BERG, ESQ.
members of
GITTLER & BRADFORD

by: _____
Attorneys for Plaintiffs/Respondents
LISA LIBERI, LISA M. OSTELLA, and
GOEXCEL GLOBAL,

EXHIBIT "A"

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | SACV 11-0485 AG (AJWx) | Date | July 12, 2013 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings:**     **[IN CHAMBERS] ORDER DENYING PENDING REQUESTS**

The Court previously ordered all parties to seek leave of Court before filing any motions or other documents in this case. (June 14, 2011 Order, Dkt. No. 227.) On July 6, 2013, Orly Taitz, as "counsel for defendants," emailed the Court requesting that the Court "hold an urgent hearing to obtain addresses of all the plaintiffs . . . in order to serve each of them with pleadings . . . for the purpose of filing a notice of appeal of the denial of antiSLAPP." This request sparked a flurry of emails to the Court including, among other things, an opposition, a reply, a joinder, and, as is typical in this matter, requests for sanctions. The opposition clearly establishes that the initial request is improper. (*See also* Dkt. Nos. 633, 634.) The subsequent requests are also improper. The requests are DENIED.

Further, the requests further evidence why it was necessary to monitor filings in order to "secure the just, speedy, and inexpensive determination of [this] action." Fed. R. Civ. P. 1.

Taitz also states that "[a]ll Taitz defendants decided to file an appeal of antiSLAPP and stay proceedings in the District Court pending decision in AntiSLAPP." Accordingly, everything is stayed for Defendants Orly Taitz, Defend Our Freedoms Foundations, Inc.,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | SACV 11-0485 AG (AJWx) | Date | July 12, 2013 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

Orly Taitz, Inc., and Law Offices of Orly Taitz. Any remaining defendants may continue to be active in this case.

Finally, the Court notes that the parties' actions continue to highlight the Ninth Circuit's concern, shared by this Court, that "the parties in this case have persisted in treating the courts as a public spectacle in which they repeatedly manifest their personal dislike for one another without regard to the truth or appropriate decorum." (Mandate, Dkt. No. 609, at 5, n.1.) The parties' unwillingness to heed the Court's admonition to "focus on substantive matters and to stop all the bickering" continues to frustrate the pursuit of justice. (June 26, 2013 Order, Dkt. No. 640, at 2.)

                                                                    :    0

                              Initials of
                              Preparer          lmb

EXHIBIT "B"

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

LISA LIBERI, et al., )
  *Plaintiff* )
v. ) Case No. 8:11-CV-00485-AG (AJW)
ORLY TAITZ, et al., )
  *Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Lisa Liberi; Lisa Ostella; Go Excel Global; Philip J. Berg, Easquire; and Philip J. Berg The Law Offices of

Date: May 31, 2013

*Attorney's signature*

Stephen H. Marcus   (SBN 48294)
*Printed name and bar number*

**GITTLER & BRADFORD**
10537 Santa Monica Blvd., Third Floor
Los Angeles, CA 90025.
*Address*

smarcus@gblaw.net
*E-mail address*

(310) 474-4007
*Telephone number*

(310) 474-4407
*FAX number*

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

LISA LIBERI, et al., )
        *Plaintiff* )
        v. ) Case No. 8:11-CV-00485-AG (AJW)
ORLY TAITZ, et al., )
        *Defendant* )

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Lisa Liberi; Lisa Ostella; Go Excel Global; Philip J. Berg, Esasquire; and Philip J. Berg, The Law Offices of

Date: May 31, 2013

*Attorney's signature*

Stephen H. Marcus   (SBN 48294)
*Printed name and bar number*

**GITTLER & BRADFORD**
10537 Santa Monica Blvd., Third Floor
Los Angeles, CA 90025.
*Address*

smarcus@gblaw.net
*E-mail address*

(310) 474-4007
*Telephone number*

(310) 474-4407
*FAX number*