Case Number: 13-56250

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

_____

LISA LIBERI, et al,

        Plaintiffs/Appellees,

   vs.

ORLY TAITZ, et al,

        Defendants/Appellants.

_____

On Appeal from the United States District Court,
Central District of California, Southern Division

Case No. 8:11-cv-00485
Honorable Andrew J. Guilford

**CERTIFICATE OF SERVICE of PLAINTIFFS/APPELLEES**

 

Randy A. Berg, Esquire  [CSBN 128445].
**GITTLER & BRADFORD**
10567 Santa Monica Blvd., Third Floor
Los Angeles, CA 90025
Telephone (310) 474-4007
E-mail:  raberg@gblaw.net

*Attorney for Plaintiffs/Appellees Lisa Liberi, Lisa Ostella, and Go Excel Global*

## **CERTIFICATE OF SERVICE**

I, Randy A. Berg, Esquire, hereby certify that a true and correct copy of Plaintiffs/Appellees Opposition to Appellant/Defendant, Defend our Freedoms Foundations, Inc. Emergency Motion for Declaratory Relief; and Certificate of Service were served this 6th day of August, 2013, electronically through the Court's ECF filing system upon the following:

Kim Schumann, Esquire
Jeffrey Cunningham, Esquire
**SCHUMANN, RALLO & ROSENBERG, LLP**
3100 S. Bristol Street, Suite 400
Costa Mesa, CA 92626
Email:  kschumann@srrlawfirm.com and jcunningham@srrlawfirm.com

*Attorney for Defendant/Appellant Orly Taitz*

Orly Taitz, Esquire
29839 Santa Margarita, Suite 100
Rancho Santa Margarita, CA 92688
Email:  orly.taitz@gmail.com and dr_taitz@yahoo.com

*Attorney for Defendant/Appellant Defend our Freedoms Foundations, Inc.*

Marc S. Colen, Esquire
**LAW OFFICES OF MARC S. COLEN**
5737 Kana Road, Suite 347
Agoura Hills, CA 91301
Email:  mcolen@colenlaw.com

*Attorney for Defendants Todd Sankey and The Sankey Firm, Inc.*

Philip J. Berg
Law Offices of Philip J. Berg
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-5231

*Plaintiffs/Appellees* in *Pro Se*


　　　　　　　　　　　　　　　　　  s/ Randy A. Berg
　　　　　　　　　　　　　　　　　Randy A. Berg, Esquire