FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 19 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LISA LIBERI; et al., | No. 13-56250 |
| Plaintiffs - Appellees, | D.C. No. 8:11-cv-00485-AG-AJW<br>Central District of California,<br>Santa Ana |
| v. | |
| ORLY TAITZ, AKA Dr. Orly Taitz; et al., | ORDER |
| Defendants, | |
| and | |
| DEFEND OUR FREEDOMS FOUNDATIONS, INC., | |
| Defendant - Appellant. | |

Before:  LEAVY and HURWITZ, Circuit Judges.

The court has reviewed appellant's August 6, 2013 filing, entitled "Urgent motion for declaratory and injunctive relief seeking a ruling that Philip Berg, whose law license was suspended for two years in June of 2013, cannot represent Law Offices of Philip Berg.  Motion for declaratory relief regarding representation of Lisa Liberi, Lisa Ostella, and Go Excel Global."  The court also has reviewed

jp/MOATT

the opposition of appellees Lisa Liberi, Lisa Ostella, and Go Excel Global, and appellant's reply in support of the August 6, 2013 filing.

A review of the filings in this appeal reflects that, to date, appellee Philip J. Berg has not appeared in this appeal on behalf of any party other than himself. Accordingly, appellant's motion, contained within the August 6, 2013 filing, for an order precluding Philip J. Berg from representing appellee The Law Offices of Philip J. Berg is denied.

All other requests and motions within appellant's August 6, 2013 filing also are denied.

No motions for reconsideration, clarification, or modification of this order shall be filed or entertained.

The briefing schedule for this appeal is reset as follows:  the opening brief and excerpts of record are due June 20, 2014; the answering brief is due July 21, 2014; and the optional reply brief is due within 14 days after service of the answering brief.